## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV2834                                    Purchased/Filed: April 9, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training, et al                                       Plaintiff

against

Morano Brothers Corp.                                                          Defendant

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____April 12, 2007_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1 and Complaint on

_____Morano Brothers Corp._____, the Defendant in this action, by delivering to and leaving with _____Amy Lesch_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __23__   Approx. Wt: __160__   Approx. Ht: __5'9"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other: _____

Sworn to before me on this
16TH day of _____April, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice-Work Order # SP0703207

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179