# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 485-2990
Fax: (516) 489-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1405
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

May 30, 2007



**VIA FACSIMILE - (914) 390-4085**
Chambers of the Hon. Charles L. Brieant
United States District Judge
Southern District of New York
U.S. Courthouse, 300 Quarrapas St.
White Plains, NY 10601

    Re:   Trustees, et al. vs. Morano Brothers Corp.
           Index No. 07-CIV-2834 (CLB)
           Conference Date: June 1, 2007 @ 9:00 a.m.

Dear Honorable Judge Brieant:

    This firm is counsel to plaintiffs in the above referenced matter. I write to request an adjournment of the conference scheduled for June 1, 2007 @ 9:00 a.m.

    The defendant was served with the Summons and Complaint via secretary of state on April 12, 2007 and we are in the process of preparing and filing the motion for default judgment in accordance with your rules.

    Accordingly, we respectfully request that the court adjourn the initial conference to a date in late June, 2007. We are simultaneously sending a copy of this letter to the defendant.

    Thank you for your assistance and courtesies.

Very truly yours,

BARNES, IACCARINO,
VIRGINIA, AMBINDER &
SHEPHERD, PLLC

By: _____
Resa Bernardini, Paralegal

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____