UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION, HEALTH )
& WELFARE, ANNUITY, EDUCATION & TRAINING, S.U.B. )
INDUSTRY ADVANCEMENT AND LEGAL SERVICES FUNDS )
AND THE WESTCHESTER TEAMSTERS LOCAL UNION NO. 456, )   Docket No.07-CIV-2834(CLB)
)
)   #07- 0179WP
Plaintiffs, )
)
-against- )   SATISFACTION
)   OF JUDGMENT
MORANO BROTHERS CORP., )
)
Defendant. )
)

---

WHEREAS, a default judgment was entered in the above entitled action on June 22, 2007 in the United States District Court, Southern District of New York in favor of Plaintiff TRUSTEES, et. al. and against MORANO BROTHERS CORP., in the amount of $20,654.73, which Judgment was docketed on June 22, 2007 in the office of the Clerk, United States District Court, Southern District of New York,

AND, said full satisfaction of judgment is hereby acknowledged for the judgment debtor, MORANO BROTHERS CORP.,

AND it is certified that there are no outstanding executions with any Sheriff or Marshall within this State in connection with this action against judgment debtor.

THEREFORE, full satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of full satisfaction for the judgment debtors on the docket of said judgment.

Dated: June 28, 2007

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC.

Sworn to before me this 2ND day
of July 2007

By: KARIN ARROSPIDE, ESQ.
Attorneys for Judgment Creditor
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

7/3/07: judgment marked satisfied and entered into money judgment book by J. Michael McMahon, Clerk of the Court by Gaelle Coicou, Deputy Clerk.